# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2018

157277 & (18)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                          SC: 157277
                                          COA: 341415
                                          Wayne CC: 14-000744-FC

MARVIN DWAYNE NOBLE,
     Defendant-Appellant.

_____/

     On order of the Court, the motion to amend or supplement the application for leave to appeal is GRANTED. The application for leave to appeal the February 9, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2018
_____



d1009

                                                     Clerk